IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE MILLER, | : Civil No. 4:23-CV-00282 |
| Plaintiff, | : |
| v. | : |
| WELLPATH, *et al.*, | : |
| Defendants. | : Judge Jennifer P. Wilson |

## ORDER

    Before the court is the report and recommendation of United States Magistrate Judge Leo A. Latella recommending that the court grant the motion to dismiss filed by Defendant Wellpath and decline to issue an order as requested by Defendant Marty Cole, M.D. to include Wellpath on the verdict slip at trial and compel Wellpath to cooperate with discovery and trial. (Doc. 52.) No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

    Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge

Latella's analysis is well-reasoned and fully supported by the record and applicable law.  Accordingly, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 52, is **ADOPTED**.

2) Wellpath's motion to dismiss, Doc. 48, is **GRANTED**.  Wellpath is **DISMISSED** from this action.

3) Defendant Cole's request for an order requiring Wellpath to be placed on the verdict slip and that Wellpath be compelled to cooperate with the remaining Defendants in the completion of discovery is **DENIED WITHOUT PREJUDICE** to reassert through a proper motion at the appropriate time.

4) This matter is referred back to Judge Latella for further pretrial management.

                                        s/Jennifer P. Wilson
                                        JENNIFER P. WILSON
                                        United States District Judge
                                        Middle District of Pennsylvania

Dated: February 17, 2026